UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALDINE BURLEY, CAROLINE BURLEY,

    Plaintiffs,                              Civil Action No. 10-cv-10555
                                            HON. BERNARD A. FRIEDMAN

vs.

WAYNE COUNTY SHERIFF CORPORAL/TASK
FORCE AGENT JEFFREY GAGACKI, TASK FORCE
AGENT PAT BROWNE, TASK FORCE AGENT SHAWN
REED, TASK FORCE AGENT B. WOLOSKI, TASK
FORCE AGENT SCOTT HARDING,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFFS' MOTION
## FOR AN EXTENSION OF TIME TO FILE NOTICE OF APPEAL

    Before the Court is plaintiffs' unopposed motion for an extension of time to file a notice of appeal [docket entry 176] from the Court's order dated October 25, 2012 [docket entry 174], denying reconsideration of plaintiff's prior motion for a stay of taxation of costs pending appeal [docket entry 166]. After reviewing the motion papers, it is hereby,

    ORDERED that plaintiffs' motion for an extension of time to file their notice of appeal is granted.

    IT IS FURTHER ORDERED that, pursuant to Fed. R. App. P. 4(a)(5), plaintiffs shall have fourteen (14) days from the date of entry of this order to file their notice of appeal.

Burley v. Gagacki, et al. (10-10555)

Dated: January 9, 2013        s/ Bernard A. Friedman
                              BERNARD A. FRIEDMAN
                              SENIOR UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of this order was sent to parties of record on January 9, 2013 electronically or by U.S. mail.

                              s/ Michael Williams
                              Relief Case Manager to the Honorable
                              Bernard A. Friedman